IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:16CR00040 JM

ALEX DEJUAN PARKER

## **FINAL ORDER OF FORFEITURE**

On January 31, 2017, the Court entered a Preliminary Order of Forfeiture (Dkt. 31), ordering Alex DeJuan Parker ("Defendant") to forfeit his interest in One 9mm Glock 26 black handgun, bearing serial number CZN086US and all ammunition seized from this firearm on October 23, 2015 (collectively "forfeited property"). The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law. Further, the judgment (Dkt. 39) will be amended to reflect the forfeited property.

So Ordered this 5th day of September, 2017.

_____
HONORABLE JAMES M. MOODY, JR.
United States District Judge